UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| ANTOINE RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:11-CV-56 |
| v. ) | |
| ) | Collier / Lee |
| CONGRESS OF 2001-2002 ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On March 10, 2011, Antoine Ray ("Plaintiff") commenced this *pro se* action and filed a motion for leave to proceed in forma pauperis (Court File Nos. 1, 2). On March 17, 2011, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R"), recommending the Court dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for lack of standing and failure to state a claim upon which relief can be granted (Court File No. 3). Plaintiff did not timely object to the R&R. After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 3) pursuant to 28 U.S.C. § 636(b)(1), **ORDERS** the action be **DISMISSED**.

**SO ORDERED.**

**ENTER**:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**